# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. HOSTON, | ) | Case No. 1:16CV1872 |
| | ) | |
| Petitioner, | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| | ) | |
| CHARMAIN BRACY, | ) | **ORDER AND DECISION** |
| Warden, | ) | |
| Respondent. | ) | |

On April 25, 2018, Magistrate Judge Ruiz submitted a Report and Recommended Decision ("R&R") addressing the underlying petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. (Doc. 22.) The Magistrate Judge recommended that the Court reject Petitioner Hoston's four grounds for relief and dismiss the petition. To date, Petitioner Hoston has not filed any objections. Thus, upon due consideration and no objections having been filed by the parties, the Court adopts the R&R and incorporates it herein. Therefore, it is ordered that Respondent's habeas petition is DENIED, and is hereby DISMISSED in its entirety with prejudice.

Pursuant to 28 U.S.C § 1915(a)(3), the Court certifies that Petitioner may not take an appeal from the Court's decision in good faith, and that there is no basis upon which to issue a

certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

                                         _s/John R. Adams_
                                         JOHN R. ADAMS
                                         UNITED STATES DISTRICT JUDGE

**DATED**: 7/17/2018